# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES H. SMITH,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **CAVALRY SPV I, LLC,** | )   CASE NO.  2:13-CV-1836-SLB |
| Defendant. | ) |

## ORDER

This case is before the court on Plaintiff's Notice of Dismissal of Complaint, (doc. 7),[1] filed on November 7, 2013.  The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.

**DONE**, this 8th day of November, 2013.



SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.